UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

SHAWN WOODWARD, 00-A-6563,

                Plaintiff,

    v.                                   ORDER
                                        07-CV-645

BEAM, et al.,

                Defendants.
_____

      This case was referred to Magistrate Judge Jeremiah J. McCarthy, pursuant to 28 U.S.C. § 636(b)(1).  On July 15, 2008, plaintiff filed a motion to enter judgment for failure to comply with discovery order.  On August 26, 2008, Judge McCarthy filed a Report and Recommendation, recommending that plaintiff's motion for judgment be denied.

      Plaintiff filed objections to the Report and Recommendation on September 3, 2008.  Defendants filed a response to the objections on September 19, 2008.

      Pursuant to 28 U.S.C. § 636(b)(1), this Court must make a <u>de novo</u> determination of those portions of the Report and Recommendation to which objections have been made.  Upon a <u>de novo</u> review of the Report and Recommendation, and after reviewing the submissions from the parties, the Court adopts the proposed findings of the Report and Recommendation.

      Accordingly, for the reasons set forth in Magistrate Judge McCarthy's Report and Recommendation, plaintiff's motion for judgment is denied.

The case is referred back to Magistrate Judge McCarthy for further proceedings.

SO ORDERED.

s/ *Richard J. Arcara*
HONORABLE RICHARD J. ARCARA
CHIEF JUDGE
UNITED STATES DISTRICT COURT

DATED:  November 19, 2008