UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

SHAWN WOODWARD,

                        Plaintiff,

                                                             ORDER
        v.                                                    07-CV-645A

BEAM, Correctional Officer, et al.,

                        Defendants

---

       The above-referenced case was referred to Magistrate Judge Jeremiah J. McCarthy, pursuant to 28 U.S.C. § 636(b)(1)(B). On March 9, 2010, Magistrate Judge McCarthy filed a Report and Recommendation, recommending that plaintiff's motions to reinstate funds to his inmate account and for an award of attorney's fees and costs be denied.

       The Court has carefully reviewed the Report and Recommendation, the record in this case, and the pleadings and materials submitted by the parties, and no objections having been timely filed, it is hereby

       ORDERED, that pursuant to 28 U.S.C. § 636(b)(1), and for the reasons set forth in Magistrate Judge McCarthy's Report and Recommendation, plaintiff's motions to reinstate funds to his inmate account and for an award of attorney's fees and costs are denied.

       SO ORDERED.

                                                     *s/ Richard J. Arcara*
                                                     HONORABLE RICHARD J. ARCARA
                                                     UNITED STATES DISTRICT JUDGE

DATED: April 1, 2010